UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 05-30203-DHW
 Chapter 13
LYNDA MOYE SPEARS
Soc. Sec. No. XXX-XX-3340

      Debtor.

> **PURSUANT TO LBR 1017-1, THIS CASE MAY BE DISMISSED, WITHOUT FURTHER NOTICE OR HEARING, UNLESS A RESPONSE IS FILED WITH THE COURT AND SERVED UPON THE PARTY SERVING THIS NOTICE WITHIN 20 DAYS OF SERVICE.**

## TRUSTEE'S MOTION TO DISMISS

Comes now Curtis C. Reding, Chapter 13 Standing Trustee for this district, and moves the Court to dismiss the above entitled case pursuant to 11 U.S.C., §1307 (and LBR 1017-1), in that the debtor's actions have caused unreasonable delay that is prejudicial to creditors. As grounds for said motion, the Trustee states as follows:

   The debtor failed to make payments to the Trustee pursuant
   to the terms of the debtors confirmed plan.

Dated: September 23, 2005

Office of the Chapter 13 Trustee
P. O. Box 173                      /s/ Curtis C. Reding
Montgomery, AL  36101-0173         Curtis C. Reding, Trustee
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Dismiss on the debtor(s) and the debtor's attorney, by placing them in the United States Mail, postage prepaid, and properly addressed, or by electronic mail.

Done, this the 23rd day of September, 2005.


                                   /s/ Curtis C. Reding
                                   Curtis C. Reding, Trustee




cc: GREGORY M POOL
    ATTORNEY AT LAW
    P O BOX 2247
    MONTGOMERY AL  36103